THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGE A. CASIMIR, Appellant. [852 NYS2d 777]

Contrary to the defendant's contention, viewing the evidence in the light most favorable to the prosecution, and affording it the benefit of every favorable inference to be drawn therefrom (*see People v Contes,* 60 NY2d 620 [1983]), we find that the verdict was supported by legally sufficient evidence.

Moreover, resolution of issues of credibility is primarily a matter to be determined by the jury, which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542

US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's remaining contentions are without merit. Spolzino, J.P., Fisher, Covello and McCarthy, JJ., concur.